Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz, of Illinois State's Attorneys Association, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NORMAN WILLIAM SMEATHERS, Defendant-Appellant.

(No. 73-444;

Second District (1st Division)—March 31, 1975.

1028

Opinion by Mr. JUSTICE GUILD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

William E. Sisler, State's Attorney, of Freeport, for the People.

HOWARD FOREMAN, Plaintiff-Appellant *v.* JOSEPH MARTIN *et al.,*
Defendants-Appellees.

(No. 73-358, 73-359 cons.;

Second District (1st Division)—March 31, 1975.